IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>I N F O R M A T I O N</u> |
| Plaintiff, | ) | |
| | ) | 1:19 CR 656 |
| v. | ) | CASE NO._____ |
| | ) | Title 21, United States Code, |
| NORAH FABEK, | ) | Sections 841(a)(1) and (b)(1)(C) |
| | ) | |
| Defendant. | ) | |

<u>COUNT 1</u>

**JUDGE BARKER**

(Possession of a Controlled Substance With Intent to Distribute, in violation of 21 U.S.C.
§§ 841(a)(1) and (b)(1)(C))

The United States Attorney charges:

1. On or about October 11, 2018, in the Northern District of Ohio, Defendant NORAH FABEK did knowingly and intentionally possess with intent to distribute approximately 5,862 grams of a mixture and substance containing a detectible amount of 3, 4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>FORFEITURE</u>

The United States Attorney further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of count one are incorporated herein by reference. As a result of the foregoing offense, Defendant NORAH FABEK shall forfeit to the United States any and all property constituting, or derived from, any proceeds she obtained, directly or indirectly, as the result of such violation; and any and all of her property used or intended to be used, in any

manner or part, to commit or facilitate the commission of such violation; including, but not limited to the following:

    a.)    $10,000.00 in U.S. Currency.

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Robert Corts
ROBERT CORTS
Chief, OCDETF Unit